UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

Otherweb, Inc.

Case No: 25-11055-smr

Chapter 7

### MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Elizabeth L. Janczak ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent IronSands, LLC and Duncan Ironmonger in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Smith Gambrell & Russell LLP, with offices at

   Mailing address: 311 S. Wacker Dr. Suite 3000

   City, State, Zip: Chicago, IL 60606

   Telephone: 312.360.6000    Fax: 312.360.6520

   Email Address: ejanczak@sgrlaw.com

2. Since 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6302864.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| Illinois | November 4, 2010 |
| Northern District of Illinois | January 21, 2011 |
| Southern District of Texas | November 25, 2013 |
| Eastern District of Wisconsin | March 31, 2016 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ● Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Elizabeth L. Janczak_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ Elizabeth L. Janczak
[Signature of Applicant]

Elizabeth L. Janczak
[Printed name of Applicant]

SGR, 311 S. Wacker Dr. Suite 3000, Chicago, IL 60606
[Address of Applicant]

312.360.6000
[Telephone of Applicant]

ejanczak@sgrlaw.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28th Day of July, 2025.

/s/ Elizabeth L. Janczak
[Signature of Applicant]

Elizabeth L. Janczak
[Printed name of Applicant]

SGR, 311 S. Wacker Dr. Suite 3000, Chicago, IL 60606
[Address of Applicant]

312.360.6000
[Telephone of Applicant]

ejanczak@sgrlaw.com
[Email address of Applicant]

**CM/ECF Service List**

| | |
|---|---|
| Jerome A Brown | jerome@brownbankruptcy.com, day@brownbankruptcy.com; madison@brownbankruptcy.com; anna@brownbankruptcy.com; TheBrownLawFirm@jubileebk.net |
| Ron Satija | rsatija@haywardfirm.com, szeigler@fsscommerce.com; RS135@trustesolutions.net; rsatija@ecf.inforuptcy.com; laura@satijatrustee.com |
| U.S. Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

###