**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **OTHERWEB, INC.** | § | Case No. 25-11055-SR |
| | § | Chapter 7 |
| Debtor. | § | |

**APPLICATION FOR RETENTION OF GRABLE MARTIN PLLC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §327(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto Blvd., Suite 322 Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

COMES NOW Ron Satija, Trustee ("Trustee"), the duly appointed and acting Trustee in the above-captioned bankruptcy case, and hereby files his *Application for Retention of Grable Martin PLLC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)* (the "Application"), and would show the Court as follows:

1. The instant Chapter 7 bankruptcy was commenced on July 11, 2025 by Otherweb, Inc. (the "Debtor") filing the voluntary petition (Docket No. 1) under Chapter 7 of the Bankruptcy Code. Ron Satija was appointed the Chapter 7 Trustee (Docket No. 2).

2. In connection with the performance of his duties as trustee and in addition to the above, the Trustee seeks to retain Grable Martin PLLC ("Grable Martin") to provide legal services in connection with liquidating assets of the Debtors. Grable Martin may also provide legal services in connection with: (i) investigating the Debtors' financial condition; (ii) investigating all schedules, transfers, notes, leases, and security interests, and preference actions; (iii) investigating monies advanced to the Debtors and payments made by the Debtors; (iv) conducting discovery; (v) preserving assets of the estates; (vi) investigating statutory and non-statutory insider relationships and transactions with the Debtors; (vii) demanding and prosecuting claims for turnover of estates assets; (viii) prosecuting, as necessary, adversary proceedings, (ix) objecting to claims, (x) maximizing recovery to the estates; (xi) negotiating Asset Purchase Agreements and drafting sale motions, if necessary; and (xii) any other legal services requested by the Chapter 7 Trustee.

3. Grable Martin has no interest adverse to the estate. Attached hereto as **Exhibits "A" and "B"**, respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the declaration of Mary Elizabeth Heard indicating Grable Martin has no interest adverse to these estates the Trustee's attorneys with regards to matters related to the bankruptcy estates. The declaration addendum lists all cases in which Grable Martin is representing, or has represented, the Trustee.

4. It is in the best interest of the estates that Grable Martin be employed to represent the Trustee as counsel. Mary Elizabeth Heard will be the primary attorney handling the matter. She is a licensed attorney in good standing with the State Bar of Texas and has experience in investigating and pursuing claims similar to those potentially

at issue in this case. The Trustee believes that it is in the best interest of the estates to employ Grable Martin to represent the Trustee generally.

    5.    The attorneys of Grable Martin will charge their normal hourly rates. The attorney who will be primarily responsible is Mary Elizabeth Heard, whose current hourly rate is $575.00, and which may be adjusted upward at the beginning of each calendar year. Paralegals, Paralegals, Administrative Staff, will charge $250-$350.00 per hour and other Attorneys will charge $575-$650.00 per hour. The attorneys will also be entitled to reimbursement of reasonable expenses, attached hereto as **Exhibit "C"** is the engagement letter of Grable Martin. No compensation will be paid until a fee application has been filed and approved by the Court, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

    6.    Grable Martin maintains several offices for the practice of law in the state of Texas. The main office address is 5473 Blair Rd., Ste. 100 PMB 51281, Dallas, Texas 75231-4227 and the address for Mary Elizabeth Heard of Grable Martin is 7700 Broadway St., Suite 104 PMB 308, San Antonio, Texas 78209.

    WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that he be authorized to retain Grable Martin PLLC as his attorneys and for such other relief as the Court deems just and proper.

Date: November 4, 2025

Respectfully submitted,

*/s/ Ron Satija*
Ron Satija
Texas State Bar No. 24039158
P.O. Box 660208
Austin, Texas 78766-7208
(737) 881-7102 (Phone/Fax)
rsatija@satijatrustee.com

***Chapter 7 Trustee***

/s/ Mary Elizabeth Heard
MARY ELIZABETH HEARD
Grable Martin PLLC
Texas State Bar No. 24096727
Email: meheard@grablemartin.com
7700 Broadway St., Ste. 104 PMB 308
San Antonio, Texas 78209
Telephone: (210) 572-4925

***Proposed Counsel for the***
***Chapter 7 Trustee, Ron Satija***

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2025, this *Application*, together with all exhibits, was served via CM/ECF to all parties requesting service thereby and by U.S. First Class mail to the parties listed below. Additionally, within one business day thereof, the *Notice of Employment* without exhibits was served via U.S. First Class mail to the parties listed below and on the attached creditor's matrix.

| | |
|---|---|
| United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>**United States Trustee** | Otherweb, Inc.<br>18209 Crimson Apple Way<br>Pflugerville, TX 78660 |
| Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539<br>**Attorney for the Debtor** | |

/s/ Mary Elizabeth Heard
Mary Elizabeth Heard

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-11055-smr<br>Western District of Texas<br>Austin<br>Tue Nov  4 16:56:16 CST 2025 | Otherweb, Inc.<br>18209 Crimson Apple Way<br>Pflugerville, TX 78660-2698 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| American Express<br>Attn: Bankrupcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Daniel Patino<br>107 Appletree Court<br>Monmouth Junction, NJ 08852-2101 | Duncan Ironmonger<br>14830 E. Bluff Rd<br>Alpharetta, GA 30004-3156 |
| Francis J Torchia<br>1728 Whitfield Parc Circle Se<br>smyrna, GA 30080-2204 | JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Office Evolution<br>551 S IH Frontage Rd. Ste. 300<br>Round Rock, TX 78664 |
| Perskey Holdings Limited<br>PO Box 4263, 6501<br>Larnaca, Cyprus | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 |
| Ron Satija<br>PO Box 660208<br>Austin, TX 78766-7208 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 | |