# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−11055−smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **Otherweb, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/23/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

| MAIL ORIGINAL PROOF OF CLAIM TO: | MAIL COPY OF PROOF OF CLAIM TO: |
|---|---|
| U. S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Ron Satija<br>PO Box 660208<br>Austin, TX 78766 |

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 12/15/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 25-11055-smr |
| Otherweb, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2025 | Form ID: 148 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Otherweb, Inc., 18209 Crimson Apple Way, Pflugerville, TX 78660-2698 |
| 19008639 | + | Daniel Patino, 107 Appletree Court, Monmouth Junction, NJ 08852-2101 |
| 18965778 | + | Duncan Ironmonger, 14830 E. Bluff Rd, Alpharetta, GA 30004-3156 |
| 19030640 | + | Francis J Torchia, 1728 Whitfield Parc Circle Se, smyrna, GA 30080-2204 |
| 18965780 | | Office Evolution, 551 S IH Frontage Rd. Ste. 300, Round Rock, TX 78664 |
| 18965781 | | Perskey Holdings Limited, PO Box 4263, 6501, Larnaca, Cyprus |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Dec 15 2025 22:51:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18965777 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2025 22:58:37 | American Express, Attn: Bankrupcy, PO Box 981540, El Paso, TX 79998-1540 |
| 18965779 | + | EDI: JPMORGANCHASE | Dec 16 2025 03:33:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 17, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: 148 | Total Noticed: 9 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth L. Janczak | on behalf of Creditor IronSands LLC ejanczak@sgrlaw.com, bkdocketing@freeborn.com |
| Elizabeth L. Janczak | on behalf of Creditor Duncan Ironmonger ejanczak@sgrlaw.com bkdocketing@freeborn.com |
| Jerome A Brown | on behalf of Debtor Otherweb Inc. jerome@brownbankruptcy.com, day@brownbankruptcy.com;madison@brownbankruptcy.com;anna@brownbankruptcy.com;TheBrownLawFirm@jubileebk.net |
| Mary Elizabeth Heard | on behalf of Trustee Ron Satija meheard@grablemartin.com courtnotices@grablemartin.com |
| Ron Satija | rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 6